s Trustees, Appellants, *v.*
RS OF THE MANHATTAN

Argued June 2, 1937; decided July 13, 1937.

454

*Simon H. Rifkind* and *Sidney R. Nussenfeld* for appellants.

*Wilkie Bushby, Elihu Root, Jr.,* and *Leo Gottlieb* for respondent.

*Olin Potter Geer* for Cornelius J. Smyth, as trustee, *amicus curiæ.*

Judgment affirmed, with costs, on the authority of *Weil* v. *President & Directors of Manhattan Co.* (275 N. Y. 238). No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY. JJ. Taking no part: CRANE, Ch. J.